UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMANY TERRELL WATKINS,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 21-cv-0101-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>**[ECF No. 25]** |

　　　　On January 19, 2021, Plaintiff Germany Terrell Watkins filed a civil complaint against Defendant Commissioner of Social Security, Kilolo Kijakazi, seeking judicial review of the denial of his application for social security disability and supplemental security income benefits. ECF No. 1. On February 14, 2022, the parties filed a joint motion for voluntary remand pursuant to sentence four of 42 U.S.C. §405(g) [ECF No. 22], which the Court granted. ECF No. 23. The parties now stipulate to an award to Plaintiff of attorney's fees and expenses in the amount of $4,000.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. 2412(d), and costs in the amount of $400.00 under 28 U.S.C. § 1920. ECF No. 25.

　　　　The EAJA allows a prevailing party to seek attorney's fees from the United States within thirty days of final judgment. 28 U.S.C. § 2412(d). "A sentence four remand becomes a final judgment, for purposes of attorneys' fees claims brought pursuant to the EAJA, 28 U.S.C. §

2412(d), upon expiration of the time for appeal." Akopyan v. Barnhart, 296 F.3d 852, 854 (9th Cir. 2002).  If one of the parties is the United States, either party may file a notice of appeal within sixty days of the order appealed from.  See Fed. R. App. 4(a)(1)(B).  "A plaintiff who obtains a sentence four remand is considered a prevailing party for attorney's fees." Akopyan, 296 F.3d at 854.  Plaintiff is the prevailing party in this action for purposes of attorney's fees, the parties' joint motion is timely, and the Court finds the stipulated amount of fees and expenses reasonable.

Accordingly, the Court **GRANTS** the joint motion and **AWARDS** Plaintiff $4,000.00 in attorney's fees and expenses pursuant to the EAJA and $400.00 in costs under 28 U.S.C. § 1920, for the total amount of $4,400.00, subject to the terms of the parties' joint motion.  Fees will be made payable to Germany Terrell Watkins, but if the Department of the Treasury determines that Germany Terrell Watkins does not owe a federal debt, then the government will cause the payment of fees, expenses, and costs to be made directly to the Law Offices of Lawrence D. Rohlfing Inc., CPC, pursuant to the assignment executed by Germany Terrell Watkins.  Any payments will be delivered to Plaintiff's counsel.

**IT IS SO ORDERED**.

Dated: 4/12/2022

Hon. Barbara L. Major
United States Magistrate Judge